FILED'08 OCT 27 11:06 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WALT MODEN et al.,

        Plaintiffs,

   v.

U.S. FISH AND WILDLIFE, et al.

        Defendants.

Civil No. 08-CV-214-CL

**ORDER APPROVING CONTESTED REPORT AND RECOMMENDATION**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff has filed objections. I have given the file of this case de novo review. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    I find no error in the Report and Recommendation. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#25) is adopted.

The request for oral argument (#28) is denied.

The case is dismissed.

IT IS SO ORDERED.

DATED this 27 day of October, 2008.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER